IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEFFERY B. HICKS                                        PETITIONER

VS.                         CIVIL ACTION NO. 5:07cv71-DCB-MTP

CONSTANCE REESE                                  RESPONDENT

## ORDER OF DISMISSAL

This cause having come before the court on the Petitioner's Motion to Voluntary Dismiss this matter [19], the court finds that the motion should be GRANTED and that this matter should be dismissed without prejudice.

In his motion, Petitioner moves to voluntarily dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a). The Respondent has no objection to the motion. *See* Response [20]. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED:

That Petitioner's request to voluntarily dismiss this action is granted, and that this action is DISMISSED without prejudice. Any pending motions are denied as moot.

THIS, the 21st day of May, 2009.

                                                                   United States Magistrate Judge